UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CARSON,<br><br>    Petitioner,<br><br>    v.<br><br>G.J. GANDA, Warden,<br><br>    Respondent. | NO. EDCV 12-1401-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 9, 2015

                                                  GEORGE H. WU<br>                                        United States District Judge