UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY CARSON,<br><br>        Petitioner,<br><br>   v.<br><br>G.J. GANDA, Warden,<br><br>        Respondent. | NO. EDCV 12-1401-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 9, 2015

_____
GEORGE H. WU
United States District Judge